1  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
2  RYAN TYZ (CSB NO. 234895)
   rtyz@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, California  94041
5  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
6
   Attorneys for Defendants
7  QUABBIN, INC. and ALL PRINTING
   RESOURCES INC.
8

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/29/2011

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | JAMES T. GAVIN and CARLOS FLORES,            | Case No. 11-cv-00994 EJD
13 |                Plaintiffs,                   | **JOINT STIPULATION RE: EFFECTVE DATE OF REQUEST FOR WAIVER OF SERVICE**
14 |        V.                                    |
15 | QUABBIN, INC., a corporation; ALL            | Trial Date: None set
   | PRINTING RESOURCES INC., a corporation;
16 | AND PRINT TECH SOLUTIONS LTD., a
   | corporation,
17 |                Defendants.
18

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Plaintiffs James T. Gavin and Carlos Flores ("Plaintiffs") and Defendants Quabbin Inc.
2   ("Quabbin") and All Printing Resources, Inc. ("APR") (collectively the "Parties"), by and through
3   their respective counsel of record, hereby stipulate and agree as follows:

4   WHEREAS, Plaintiff mailed a request for waiver of service to Quabbin on or around May
5   19, 2011;

6   WHEREAS, Quabbin did not receive the request for waiver of service until June 10,
7   2011;

8   WHEREAS, APR had not received a request for waiver of service and counsel for APR
9   agreed to accept the request for waiver of service on behalf of APR; and

10   WHEREAS, the Parties have agreed to deem the date on which the requests for waiver of
11   service to Quabbin and APR were sent as June 10, 2011 and that Quabbin and APR shall each
12   have sixty (60) days from June 10, 2011 to answer or otherwise respond to Plaintiffs' complaint.

13   THE PARTIES HEREBY STIPULATE that June 10, 2011 shall be the date on which the
14   requests for waiver of service shall be deemed sent to Quabbin and APR, and that Quabbin and
15   APR shall each have until August 9, 2011 to answer or otherwise respond to Plaintiff's complaint.

16   Dated: June 23, 2011                           FENWICK & WEST LLP

18                                                 By: */s/ Ryan Tyz*
19                                                    Ryan Tyz
                                                      Attorneys for Defendant
20                                                    QUABBIN, INC. and ALL PRINTING
                                                      RESOURCES INC.

21   Dated: June 23, 2011                           WALSTON CROSS

23                                                 By: */s/ Gregory S. Walston*
24                                                    Gregory S. Walston
                                                      Attorneys for Plaintiffs
25                                                    JAMES T. GAVIN and CARLOS
                                                      FLORES

STIPULATION                              2                          Case No. 11-cv-00994 EJD

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 23, 2011								FENWICK & WEST LLP

								By: */s/ Ryan Tyz*
									Ryan Tyz
									Attorneys for Defendant
									Quabbin, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW