1  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
2  RYAN TYZ (CSB NO. 234895)
   rtyz@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, California  94041
5  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200

Attorneys for Defendants
QUABBIN, INC. and ALL PRINTING
RESOURCES INC.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES T. GAVIN and CARLOS FLORES, | Case No. 11-cv-00994 EJD |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST QUABBIN, INC. AND ALL PRINTING RESOURCES INC.** |
| V. | |
| QUABBIN, INC., a corporation; ALL PRINTING RESOURCES INC., a corporation; AND PRINT TECH SOLUTIONS LTD., a corporation, | Trial Date: None set |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs James T. Gavin and Carlos Flores ("Plaintiffs") and Defendants Quabbin Inc. ("Quabbin") and All Printing Resources, Inc. ("APR") (collectively the "Parties"), by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs' claims against Quabbin and APR in the above-referenced action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees in connection with this action.

Dated: July 26, 2011                    FENWICK & WEST LLP

                                        By: */s/ Ryan Tyz*
                                            Ryan Tyz
                                            Attorneys for Defendant
                                            QUABBIN, INC. and ALL PRINTING
                                            RESOURCES INC.

Dated: July 26, 2011                    WALSTON CROSS


                                        By: */s/ Gregory S. Walston*
                                            Gregory S. Walston
                                            Attorneys for Plaintiffs
                                            JAMES T. GAVIN and CARLOS
                                            FLORES

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 26, 2011                    FENWICK & WEST LLP

By: */s/ Ryan Tyz*
    Ryan Tyz
    Attorneys for Defendant
    Quabbin, Inc.