IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMES T. GAVIN, et. al., | NO. 5:11-cv-00994 EJD |
|---|---|
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| QUABBIN INC., et. al., | |
| Defendant(s). | |

On August 2, 2011, the Court ordered Plaintiffs to show cause in writing by August 26, 2011, why they failed to serve the summons and complaint on Defendant Print Tech Solutions, Ltd. consistent with Federal Rule of Civil Procedure 4(m). See Docket Item No. 19. The Court admonished Plaintiffs that the Court would dismiss this action should they fail to show good cause or accomplish service.

As of this date, Plaintiffs have not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 30, 2011

EDWARD J. DAVILA
United States District Judge

1
Case No. 5:11-cv-00994 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE (EJDLC1)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Orestes Alexander Cross orestescross@yahoo.com
Thomas Joseph O'Brien tobrien@walstonlaw.com
Gregory Scott Walston gwalston@walstonlaw.com

**Dated:  August 30, 2011**                                    **Richard W. Wieking, Clerk**

                                                                                      **By:      /s/ EJD Chambers**
                                                                                                **Elizabeth Garcia**
                                                                                                **Courtroom Deputy**

Case No. 5:11-cv-00994 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE (EJDLC1)